M. P. No. 76-183. WARWICK TYSON *v.* JAMES W. MULLEN, *Warden.* Respondent is directed to file his answer to the petition for writ of habeas corpus and therein to *show cause,* if any he has, why the writ should not issue, said answer to be made in compliance with the provisions of Rule 14. *Walter R. Stone,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

C. A. No. 74-259. STATE *v.* STEVEN WILSON. Motion of the State to dismiss the defendant's appeal is assigned to the calendar for October 4, 1976 at 9:30 a.m. for oral argument. At that time, the defendant will be given an opportunity to show cause why the State's motion should not be granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Benedetto A. Cerilli, Jr.,* Asst. Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant.

C. A. No. 74-262. STATE *v.* CLAIRE ROBICHAUD. Motion of State for a more complete transcript is denied. See Sup. Ct. R. 10(b). Bevilacqua, C. J. not participating. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, Joseph A. Bevilacqua, Jr.,* for defendant.

Appeal No. 74-134. E. GROSSMAN & SONS, INC. *v.* ANTONE R. ROCHA *et al.* Motion of defendants for extension of time to file their brief is granted, and said brief shall be filed by June 4, 1976. If the brief is not filed by that date, plaintiff's motion to dismiss is granted. *Dolbashian, Chappell & Chace, Paul M. Chappell,* for plaintiff. *Moore, Virgadamo, Boyle & Lynch, Ltd., Salvatore L. Virgadamo, Joseph R. Palumbo, Jr., Joseph B. Going,* for defendants.